IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARJORIE SILBERBERG, § | |
| § | |
| PLAINTIFF § | |
| § | |
| V. § | CASE NO. 3:21-CV-00669-E |
| § | |
| MARTIN FLEMING, PAUL § | |
| SUMMERLIN, AND BLACK DUTCH § | |
| MANAGEMENT, LLC, § | |
| § | |
| § | |
| DEFENDANTS. § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Marjorie Silberberg and Defendants Martin Fleming, Paul Summerlin, and Black Dutch Management, LLC have executed a settlement agreement that provides for final resolution of the above-entitled cause of action. Per the terms of the settlement agreement, the plaintiff will file a notice of dismissal of her claims on or around September 10, 2021, pending the parties' performance of certain obligations per the terms of the settlement agreement.

Respectfully submitted:

/s/ Kevin M. Duddleten
Kevin M. Duddlesten
Texas Bar No. 00793644
DUDDLESTEN LAW GROUP, PLLC
Phone: (214) 833-5228
Facsimile: (469) 457-6785
Email: kevin@duddlestenlawgroup.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Peter L. Loh
Peter L. Loh
State Bar No. 24036982
Davis W. Mosmeyer, III
State Bar No. 24106346
(214) 999-3000 (telephone)
(214) 999-3746 (facsimile)
ploh@foley.com
dmosmeyer@foley.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 21, 2021, he filed the foregoing Joint Notice of Settlement via the Court electronic filing system and served the same on all counsel of record per the Federal Rules of Civil Procedure.

>　　　　　　　　　　　　　　　　*/s/ Peter L. Loh*
>　　　　　　　　　　　　　　　　Peter L. Loh