# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MARJORIE SILBERBERG ) <br> ) <br>      Plaintiff, ) <br> v. ) <br> ) <br> MARTIN FLEMING, PAUL ) <br> SUMMERLIN, and BLACK DUTCH ) <br> MANAGEMENT, LLC ) <br>      Defendants. ) | CASE NO. 21-CV-00669-E |

## ORDER GRANTING THE PARTIES JOINT MOTION TO ABATE

Before the Court is the Parties' Joint Motion to Abate (the "Motion"). (Doc. 31). The Parties move to abate the instant lawsuit, including an abatement of any pending and interim pleading deadlines and required submissions for prosecution or defense of this lawsuit, until June 15, 2022, to allow the Parties to draft and execute various documents as part of settlement and to effect certain confidential transactions.

For good cause shown, the Motion is GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED this lawsuit is abated through June 15, 2022.

SO ORDERED: February 10, 2022

_____
Ada Brown
UNITED STATES DISTRICT JUDGE