# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| MARJORIE SILBERBERG ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARTIN FLEMING, PAUL ) <br> SUMMERLIN, and BLACK DUTCH ) <br> MANAGEMENT, LLC ) <br> Defendants. ) | CASE NO. 21-CV-00669-E |

## FINAL JUDGMENT

Plaintiff Marjorie Silberberg and Defendants Martin Fleming, Paul Summerlin, and Black Dutch Management, LLC, having consented to the entry of this Final Judgment without trial or adjudication of any issue of fact or law herein; now, therefore, upon the full consent of the parties hereto, this Court renders the following judgment:

1. Plaintiff Marjorie Silberberg shall recover from Defendants the amount of $781,039 as actual damages.

2. Post-judgment interest shall accrue at the rate of .48% per year on the total judgment from the date of judgment until paid.

3. Each party shall bear its own costs and attorneys' fees.

4. Any other relief the parties have requested is denied.

4862-3372-1098.3

This FINAL JUDGMENT fully disposes of all parties and all claims asserted in this cause.

SIGNED on __January 25, 2023__.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

_____
Kevin M. Duddlesten
Texas Bar No. 00793644
DUDDLESTEN LAW GROUP, PLLC
4347 W Northwest Hwy Ste 130, PMB 325
Dallas, TX 75220
Phone: (214) 833-5228
Facsimile: (469) 457-6785
Email: kevin@duddlestenlawgroup.com

ATTORNEYS FOR PLAINTIFF

_____
Peter L. Loh
State Bar No. 24036982
Davis W. Mosmeyer, III
State Bar No. 24106346
Thomas A. Leonard
State Bar No. 24091707
FOLEY & LARDNER LLP
(214) 999-3000 (telephone)
(214) 999-3746 (facsimile)
ploh@foley.com
dmosmeyer@foley.com
tleonard@foley.com

ATTORNEYS FOR DEFENDANTS